CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

DEC 01 2008

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

DONALD POWERS,                    )
                                  )
    Plaintiff,            )    Case No. 2:08CV00017
                                  )
v.                                )    **JUDGMENT**
                                  )
COMMISSIONER OF                   )    By: James P. Jones
SOCIAL SECURITY,                  )    Chief United States District Judge
                                  )
    Defendant.            )

It appearing that no objections have been timely filed to the Report filed November 7, 2008, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

    1.    The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

    2.    The motions for summary judgment by the parties are DENIED;

    3.    The final decision of the Commissioner of Social Security is VACATED and this action is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration in accord with the Report; and

    4.    The clerk will close this case.

ENTER: December 1, 2008

_____
Chief United States District Judge